# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

In the Matter of the Seizure of
*(Address or brief description of property or premises to be seized)*

UP TO $50,000 IN UNITED STATES CURRENCY
IN WELLS FARGO BANK ACCOUNT ENDING 0842,
LOCATED AT WELLS FARGO BANK
IN MILWAUKEE, WISCONSIN

Case Number: 14-M-411

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

TO: **PARK JONES, a Special Agent assigned to the Internal Revenue Service, and any Authorized Officer of the United States.**

An application by a federal law enforcement officer or an attorney for the government requests that certain property be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Up to $50,000 in United States currency in Wells Fargo Bank Account Ending 0842, located at Wells Fargo Bank in Milwaukee, Wisconsin

I find that the affidavit and any recorded testimony establish probable cause to seize the property.

**YOU ARE HEREBY COMMANDED** to search on or before January 23, 2014
*(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge William E. Callahan, Jr.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. §2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person, who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days. *(not to exceed 30)*
☐ until, the facts justifying the later specific date of _____

Date and time issued: January 10, 2014; 2:00 p.m.

*Judge's signature*

City and state: Milwaukee, Wisconsin

THE HONORABLE WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Date Warrant received | Date and time Warrant executed | Copy of warrant and receipt for items left with |
|---|---|---|
| January 10, 2014 | January 10, 2014 3:00pm | Nicholas Rodiez |

**Inventory made in the presence of**

Nicholas Rodiez

**Inventory of property seized pursuant to the Warrant**

1- Cashier's check payable to U.S. Department of Treasury Dated January 15, 2014 in the amount of $49,810.48

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Ralph*

Subscribed, sworn to, and returned before me on this date.

*William S Callahan*
U.S. Judge or Magistrate Judge

Date 1/21/14